COURTNEY C. HILL (SBN: 210143)
cchill@grsm.com
NORVIK AZARIAN (SBN: 325315)
nazarian@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071
Telephone: (213) 576-5088
Facsimile: (213) 680-4470

Attorneys for Defendants
UNITED BEHAVIORAL HEALTH and UNITEDHEALTHCARE INSURANCE COMPANY

MEIRAM BENDAT (SBN: 198884)
mbendat@psych-appeal.com
PSYCH-APPEAL, INC.
8560 West Sunset Boulevard, Suite 500
West Hollywood, CA 90069
Telephone: (310) 598-3690, X 101
Facsimile: (888) 975-1957

D. BRIAN HUFFORD *(Pro Hac Vice* Forthcoming)
dbhufford@zuckerman.com
JASON S. COWART *(Pro Hac Vice* Forthcoming)
jcowart@zuckerman.com
ZUCKERMAN SPAEDER LLP
485 Madison Avenue, 10th Floor
New York, NY 10022
Telephone: (212) 704-9600
Facsimile: (212) 704-4256

CAROLINE E. REYNOLDS *(Pro Hac Vice* Forthcoming)
creynolds@zuckerman.com
ZUCKERMAN SPAEDER LLP
1800 M St., NW, Suite 1000
Washington, DC 20036
Telephone: (202) 778-1800
Facsimile: (202) 822-8106

Attorneys for Plaintiffs
TAMAR LOWELL AND THOMAS LOWELL, on their own behalf and on behalf of their beneficiary son

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

-1-      Case No.: 4:20-cv-01989-YGR

JOINT STIPULATION TO EXTEND DEFENDANTS' TIME TO ANSWER PLAINTIFFS' COMPLAINT

| | |
|---|---|
| TAMAR LOWELL and THOMAS LOWELL, on their own behalf and on behalf of their beneficiary son<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED BEHAVIORAL HEALTH and UNITEDHEALTHCARE INSURANCE COMPANY<br><br>Defendants. | Case No.: 4:20-cv-01989-YGR<br><br>*Hon. Yvonne Gonzalez Rogers*<br><br>**JOINT STIPULATION TO EXTEND DEFENDANTS' TIME TO ANSWER PLAINTIFFS' COMPLAINT** AND ORDER<br><br>**SECOND EXTENSION**<br><br>Complaint filed: March 20, 2020<br><br>Current deadline to respond: May 11, 2020<br><br>New deadline to respond: June 12, 2020 |

**TO THE COURT:**

The parties hereto, Defendants UNITED BEHAVIORAL HEALTH ("UBH") and UNITEDHEALTHCARE INSURANCE COMPANY ("UHC") (UBH and UHC collectively referred to as "Defendants") and Plaintiffs TAMAR LOWELL and THOMAS LOWELL, on their own behalf and on behalf of their beneficiary son ("Plaintiffs") (collectively referred to as "the Parties"), by and through their counsel of record, hereby stipulate as follows:

WHEREAS, Defendants' current deadline to respond to Plaintiffs' Complaint was May 11, 2020;

WHEREAS, on May 11, 2020, Defendants filed a Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) and 29 U.S.C. § 1132(E)(2) [Dkt. No. 20];

WHEREAS, Plaintiffs assert that the Motion to Transfer Venue does not toll the time to respond to Plaintiffs' Complaint;

WHEREAS, Defendants believe that their Motion to Transfer Venue tolled the time to respond to Plaintiffs' Complaint;

WHEREAS, the Parties have agreed to Defendant will file an Answer to the Complaint and shall have until June 12, 2020, to do so;

-2-      Case No.: 4:20-cv-01989-YGR

JOINT STIPULATION TO EXTEND DEFENDANTS' TIME TO ANSWER PLAINTIFFS' COMPLAINT

Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071

WHEREAS, this extension will not alter the date of any event or deadline already fixed by Court order.

IT IS SO STIPULATED.

Dated: June 8, 2020                    GORDON REES SCULLY MANSUKHANI, LLP

                                       By:  *s/Courtney C. Hill*
                                            Courtney C. Hill
                                            Norvik Azarian
                                            Attorneys for Defendants
                                            UNITED BEHAVIORAL HEALTH and
                                            UNITEDHEALTHCARE INSURANCE COMPANY

Dated: June 8, 2020                    PSYCH-APPEAL, INC. and ZUCKERMAN SPAEDER LLP

                                       By:  *s/Caroline E. Reynolds*
                                            Meiram Bendat
                                            D. Brian Hufford
                                            Jason S. Cowart
                                            Caroline E. Reynolds
                                            Attorneys for Plaintiffs
                                            TAMAR LOWELL AND THOMAS LOWELL, on their own behalf and on behalf of their beneficiary son

*Filer's Attestation: Pursuant to Local Rule 5-4.3.4(a)(2)(i) regarding signatures, I, Courtney C. Hill, hereby attest that all other signatories listed concur in the content of this document and have authorized its filing.*

                                       *s/Courtney C. Hill*
                                       Courtney C. Hill

Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMAR LOWELL and THOMAS LOWELL, on their own behalf and on behalf of their beneficiary son,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED BEHAVIORAL HEALTH and UNITEDHEALTHCARE INSURANCE COMPANY,<br><br>Defendants. | Case No.: 4:20-cv-01989-YGR<br><br>*Hon. Yvonne Gonzalez Rogers*<br><br>[~~PROPOSED~~] **ORDER EXTENDING DEFENDANTS' TIME TO ANSWER PLAINTIFFS' COMPLAINT**<br><br>**SECOND EXTENSION**<br><br>Complaint filed: March 20, 2020<br><br>Current deadline to respond: May 11, 2020<br><br>New deadline to respond: June 12, 2020 |

Pursuant to the Parties' Joint Stipulation to Extend Defendants' Time to Answer Plaintiffs' Complaint, and for good cause shown, the Court hereby orders Defendants UNITED BEHAVIORAL HEALTH and UNITEDHEALTHCARE INSURANCE COMPANY to file an Answer to the Complaint of Plaintiffs TAMAR LOWELL and THOMAS LOWELL, on their own behalf and on behalf of their beneficiary son by June 12, 2020.

/ / /

1   **IT IS SO ORDERED.**

4   Date: ___June 12, 2020___                   _____
                                                Hon. Yvonne Gonzalez Rogers
                                                United States District Judge