UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TAMAR LOWELL, et al.,

    Plaintiffs,

v.

UNITED BEHAVIORAL HEALTH, et al.,

    Defendants.

Case No. 20-cv-01989-YGR

**CASE MANAGEMENT AND PRETRIAL ORDER**

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| DEFENDANTS TO PRODUCE ADMINISTRATIVE RECORD: | July 17, 2020 |
| CASE MANAGEMENT CONFERENCE: | Monday, March 1, 2021 at 2:00 p.m. |
| REFERRED FOR PRIVATE MEDIATION TO BE COMPLETED BY: | November 30, 2020 |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | Only with court approval for good cause by Motions under FRCP Rule 16(b)(4) |
| NON-EXPERT DISCOVERY CUTOFF: | September 11, 2020 |
| DISCLOSURE OF EXPERT REPORTS: ALL EXPERTS, RETAINED AND NON-RETAINED MUST PROVIDE WRITTEN REPORTS COMPLIANT WITH FRCP 26(A)(2)(B): | Opening: October 23, 2020<br>Rebuttal: December 4, 2020 |
| EXPERT DISCOVERY CUTOFF: | January 15, 2021 |
| DISPOSITIVE MOTIONS[1] / DAUBERT MOTIONS TO BE HEARD BY: | on 35 day notice [filed March 12, 2021] |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: July 13, 2020

_____
YVONNE GONZALEZ ROGERS
United States District Judge