UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TAMAR LOWELL, ET AL.,**<br>   Plaintiffs,<br>   vs.<br>**UNITED BEHAVIORAL HEALTH, ET AL.,**<br>   Defendants. | CASE NO. 20-cv-01989-YGR<br><br>**ORDER RE: JOINT DISCOVERY LETTER BRIEF**<br>Re: Dkt. No. 42 |

The Court is in receipt of the discovery dispute memorialized at Docket Number 42. Having reviewed and considered the arguments made therein, and the attachments submitted therewith, the Court issues the following Order, organized using the framework in the letter brief:

1. Defendants shall produce documents in response to Requests for Production #4 to UBH and #2 to UHIC sufficient to show the administrative service agreements between those parties governing during the Relevant Period as defined in the discovery.

2. Defendants shall produce documents in response to Request for Production #7 to UBH sufficient to show the training of the two reviewers who denied plaintiffs' request for coverage on how to use the Level of Care Guidelines.

3. With respect to Requests for Production #11 and #12 to UBH, the request to compel is denied without prejudice if the plaintiffs can make a more specific showing. At present, the request appears to be a fishing expedition.

4. Defendants shall Admit or Deny the Request for Admission #10.

5. With respect to the request for responses to Interrogatories #1 and #2 to UHIC, the request to compel is denied without prejudice to show how such information is probative of any element of any claim pending before this Court.

The parties are advised that if plaintiffs can articulate how discovery is probative of an element of a pending claim, then limited discovery should be produced. Boilerplate responses to

the same will be stricken.  Failure to comply necessitating any further involvement from this Court on discovery disputes may result in the issuance of sanctions.

Defendants shall respond as set forth herein within 21 days of this Order.

This Order terminates Docket Number 42.

**IT IS SO ORDERED.**

Dated: October 15, 2020

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**