UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| TAMAR LOWELL and THOMAS LOWELL, on their own behalf and on behalf of their beneficiary son,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED BEHAVIORAL HEALTH and UNITEDHEALTHCARE INSURANCE COMPANY,<br><br>Defendants. | Case No. 4:20-cv-01989-YGR<br><br>[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE |

Having reviewed the Stipulation of the Parties and finding good cause therein, the Court hereby GRANTS the Parties' stipulated request and hereby ORDERS that this action, Case No. 4:20-cv-01989-YGR, is dismissed in its entirety, with prejudice, and with each party to bear its own fees, costs, and expenses in this matter.

**IT IS SO ORDERED**.

Dated: January 28, 2021

_____
The Hon. Yvonne Gonzalez Rogers
United States District Judge